IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                       Criminal No. 6:17-cr-60043
                         Civil No. 6:19-cv-6069

HENRY SMITH                                                                MOVANT

## ORDER

Before the Court is the Report and Recommendation filed November 4, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 46. Judge Bryant recommends that Movant Henry Smith's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 41) be denied and that this case be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Smith's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 41) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. Further, the Court finds that an appeal from dismissal would not be taken in good faith and that no certificate of appealability should be issued.

**IT IS SO ORDERED**, this 8th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge