IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                          RESPONDENT

v.                                               Criminal No.  6:17-cr-60043
                                                 Civil No. 6:19-cv-06069

HENRY SMITH                                                                                              MOVANT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 52.  Judge Bryant recommends that the Court deny Petitioner Henry Smith's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  ECF No. 47.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).   Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Caldwell's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 52) is **DENIED**, and his claims are **DISMISSED**.  Further, Petitioner is barred from any further filings unless he first obtains leave of Court.

**IT IS SO ORDERED**, this 1st day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge